**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

EUGUNE GRIGGS, *et al.*,          *
                                  *
        Plaintiffs,               *
                                  *
            v.                    *        CV 117-089
                                  *
STAN SHEPARD, *et al.*,           *
                                  *
        Defendants.               *

_____

**O R D E R**

_____

Presently before the Court is Plaintiffs' Notice of Voluntary Dismissal [Without Prejudice] of Defendant Belinda Davis. (Doc. 9.) Plaintiffs' notice was filed prior to any of the Defendants having served either an answer or a motion for summary judgment. (Id.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiffs' claims against Defendant Belinda Davis are **DISMISSED.**

**ORDER ENTERED** at Augusta, Georgia, this *31ST* day of *August*, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA