IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| EUGENE GRIGGS; and CAMERON MADDOX, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 117-089 |
| AHMED HOLT, in his official capacity as Assistant Regional Director, Georgia Department of Corrections; EDWARD PHILBIN, in his official capacity as Warden, Augusta State Medical Prison; VERNEAL EVANS, Former Correctional Officer, Augusta State Medical Prison, in his individual capacity; JANSON CREAGER and TREI BLUITT, Correctional Officers, Augusta State Medical Prison, in their official capacity, | * * * * * * * * * * * * * | |
| Defendants. | * * | |

O R D E R

Before the Court is Plaintiffs' motion for partial voluntarily dismissal. (Doc. 109.) Plaintiffs seek to dismiss only their claims for declaratory and injunctive relief against Defendants Ahmed Holt and Edward Philbin, but allow their damages claims to proceed. In support, Plaintiffs contend the prospective relief claims are moot because Plaintiff Griggs was transferred out of Augusta State Medical Prison ("ASMP") and is now released

from prison on parole and Plaintiff Maddox was transferred out of ASMP for reasons unrelated to this lawsuit. While Plaintiffs' motion was not filed as a stipulation or joint motion, Defendants have subsequently consented to the dismissal of the prospective claims. (Doc. 110.)

Upon due consideration, Plaintiffs' motion for partial voluntarily dismissal (Doc. 109) is **GRANTED**. Plaintiffs' claims for declaratory and injunctive relief against Defendants Holt and Philbin styled as "Count III" in Plaintiffs' amended complaint (Doc. 7) are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** Defendant Ahmed Holt and Defendant Edward Philbin from this case.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of March, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA