IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| EUGENE GRIGGS and CAMERON MADDOX, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 117-089 |
| VERNEAL EVANS, Former Correctional Officer; JANSON CREAGER, Correctional Officer; TREI BLUITT, Correctional Officer; | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is Defendants' Motion for Leave to Take the Deposition of an Incarcerated Witness. (Doc. no. 116.) Defendants request leave of Court pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) to depose non-party witness Joseph T. Prince, who is currently incarcerated at Augusta State Medical Prison in Grovetown, Georgia. (Id.) Plaintiffs and the Georgia Department of Corrections ("GDC") do not oppose Defendants' motion. (Id. at 3.) Upon consideration, the Court **GRANTS** Defendants' motion for leave to depose Mr. Prince, GDC inmate number 428429, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B).

SO ORDERED this 22nd day of April, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA