# United States District Court
## Southern District of Georgia

EUGENE GREGGS; CAMERON MADDOX; and
CHRISTOPHER VARNER,

    Plaintiffs,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 117-089

AHMED HOLT, et. al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated October 24, 2018 and upon Defendants' Motion to Dismiss, judgment is hereby entered in favor of Defendants and against Plaintiff Christopher Varner; therefore, Plaintiff Christopher Varner's claims are dismissed with prejudice.

04/29/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*