IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

EUGENE GRIGGS and CAMERON MADDOX,

    Plaintiffs,

v.

VERNEAL EVANS, Former Correctional Officer, Augusta State Medical Prison, In His Individual Capacity; JANSON CREAGER, Correctional Officer, Augusta State Medical Prison, In His Individual Capacity; and TREI BLUITT, Correctional Officer, Augusta State Medical Prison, In His Individual Capacity,

    Defendants.

CV 117-089

# O R D E R

Before the Court is Plaintiffs' Unopposed Motion for Order Permitting Psychiatric Examination of Plaintiff Cameron Maddox. (Doc. 121.) Plaintiffs' counsel has become concerned about Plaintiff Maddox's competency based on their privileged communications and his diagnosis of schizophrenia and schizoaffective disorder. As such, they seek the Court's permission for Dr. Matthew W. Norman to evaluate Plaintiff Maddox, who is currently incarcerated at Phillips State Prison in Buford, Georgia. See FED. R. CIV. P. 17(c)(2); Bodnar v. Bodnar, 441 F.2d

1103, 1104 (5th Cir. 1971)[1] ("Where there is a showing of a substantial question of competency, the Judge with protective restrictions can, in making that determination, require a medical examination."); United States v. One Parcel of Prop. Located at 9607 Lee Road 72, Waverly, Lee Cty., Ala., 915 F. Supp. 2d 1270, 1272 (M.D. Ala. 2012).

Upon due consideration, Plaintiffs' motion (Doc. 121) is **GRANTED**. Dr. Matthew W. Norman shall be permitted to evaluate Plaintiff Cameron Maddox as soon as practicable.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of May, 2019.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```

---

[1] In Bonner v. City of Prichard, Ala., 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc), the 11th Circuit adopted as binding precedent all decisions of the former Fifth Circuit handed down prior to September 30, 1981.