# EXHIBIT A

# Psychiatric Associates of Atlanta, LLC

Twelve Piedmont Center, Suite 410, 3495 Piedmont Road, NE, Atlanta, GA 30305
404-495-5900    fax: 404-495-5901
www.atlantapsychiatry.com

David Lipsig, M.D.                                                                                              Matthew Norman, M.D.

June 10, 2019

<u>VIA email and US Mail</u>

Mr. Ryan Primerano
Southern Center for Human Rights
83 Poplar Street, NW
Atlanta, Georgia 30303

      RE:   **Eugene Griggs and Cameron Maddox v. Verneal Evans, et. al.**
                **Southern District of Georgia, USDC**
                **Case No. 1:17-CV-89**

                                                                                        Competency to testify

Dear Mr. Primerano:

Mr. Cameron Maddox, a plaintiff in the above-referenced civil case, was evaluated pursuant to your request for a psychiatric evaluation and assessment of competency to testify. A copy of this report is being sent only to you.

**Sources of information:**

Case-specific sources of information that I included in my evaluation to date are listed below. Please note that in quoting from medical records, I have at times spelled out words that were abbreviated in the original record. Please note that in quoting from my interview with Mr. Maddox, I have attempted to accurately reflect Mr. Maddox's statements based on my written notes since a transcript of the audio recording has not been produced.

Interview of the defendant conducted by Matthew W. Norman, M.D., at Phillips State Prison on May 31, 2019, for approximately two hours and thirty minutes. The interview was audio recorded up to the psychological testing portion.

The Personality Assessment Inventory (PAI) was completed by Mr. Maddox on May 31, 2019.

Records provided by the Southern Center for Human Rights:
      I.     Order (Doc. 123);
      II.    Mr. Maddox's Georgia Department of Corrections medical records;

**Notification of Non-Confidentiality:**

At the outset of the evaluation, I informed Mr. Maddox that he was being evaluated for the purpose of assessing his psychiatric condition as part of an independent medical examination. He was

informed that any information given during the interview would not be confidential and that such information would be used as the basis for this report. He was also informed that upon completion of the evaluation, a report would be sent to Southern Center for Human Rights. Mr. Maddox stated that he understood these conditions, agreed to proceed, and signed the consent form.

**Evaluation for competency to testify:**

*Capacity to observe*

Mr. Maddox was able to adequately explain his observations throughout much of the interview. However, his observations were, at times, influenced by his delusions.

For example, Mr. Maddox reported [redacted]

Mr. Maddox also indicated tha[t] [redacted]

*Capacity to remember*

Mr. Maddox was able to remember items presented to him both immediately and on delayed recall. Additionally, he was able to provide details about events in both short-term and long-term memory. Even though he was able to adequately remember some short-term events, his memory was, at times, influenced by his delusions.

For example, Mr. Maddox's reply to his surgical history was unreliable. When asked about any surgical history, Mr. Maddox responded: [redacted]

*Capacity to communicate*

Mr. Maddox was able to adequately communicate with me during the evaluation. He did respond on many occasions with delusional content. For example, [redacted]

Evidence of Mr. Maddox's delusions was noted throughout the interview. These impairments interfered with his ability to relate to me and communicate information. For example, Mr. Maddox indicated that [redacted]

*Capacity to understand the nature of oath and their duty to tell the truth*

Mr. Maddox was able to understand the need to tell the truth while under oath. However, he was unable, at times, to differentiate between reality and fantasy. That is, he had overt delusions on examination. His delusions interfered with his ability to discriminate between truth and fiction. Specifically, he views that his delusions are truth and would likely testify to such.

Re: Cameron Maddox

For example, Mr. Maddox stated that ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Mr. Maddox reported ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

**Brief Background:**

Mr. Maddox was born on ███████████ 1992, at Northside Hospital in Atlanta, Georgia. He was raised in Atlanta as well. He reported having an older brother. He reported having two step-siblings through his mother.

Educationally, Mr. Maddox reported attending Chamblee-Tucker High School and taking classes as a senior at Oglethorpe University. He reported graduating from high school in 2011. He would later report taking classes at Perimeter College as a senior in high school. He went on to report ████████████████████████████████████████████████████████████████████████████████████████

Occupationally, Mr. Maddox reported ██████████████████████████████████████████████████████████████████████████████████████████████████

Mr. Maddox reported being psychiatrically hospitalized at Georgia Regional Hospital at Atlanta prior to his sentencing to prison. He reported being in the hospital for about one year as part of being found incompetent to stand trial.

Currently, Mr. Maddox reported taking Prozac and Haldol Decanoate 75 milligrams every month. He reported ████████████████████████████████████████████████ When asked about any surgical history, Mr. Maddox responded: ██████████████████████████████████

**Records from other sources:**

*Georgia Department of Corrections:* According to his Georgia Department of Corrections mental health records, Mr. Maddox has been primarily diagnosed with Schizoaffective Disorder versus Schizophrenia. He has been treated with numerous psychiatric medications since 2014, including Risperdal, Geodon, Depakote, Haldol Decanoate, Seroquel, Zoloft, and Prozac. From 2015 through the present, Mr. Maddox's psychosis has been treated with Haldol Decanoate (a long-acting, injectable anti-psychotic medication) with doses up to 150 milligrams every four weeks. He is currently taking half (75 milligrams every four weeks) that dose. In addition, he has taken other anti-psychotic medications (e.g., Seroquel) and mood-stabilizing medications (e.g., Depakote) in combination with the Haldol Decanoate.

The records contained references to Mr. Maddox's psychotic thinking. On May 31, 2018, Dr. Blake at Phillips State Prison noted Mr. Maddox had "significant psychosis present." On June 11, 2018,

Mr. Maddox "made several odd, incongruous statements reflecting likely residual thought disturbance. Specifically, he noted ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Results of psychological testing:**

*PAI*

Mr. Maddox completed the Personality Assessment Inventory as part of the current examination. A Clinical Interpretive Report was generated based on his answers. The Personality Assessment Inventory (PAI) is a self-administered, objective test of personality designed to provide information and is among the most widely used measures in legal cases involving emotional injury. The PAI contains 344 items, which comprise 22 non-overlapping scales: 4 validity scales, 11 clinical scales, 5 treatment scales, and 2 interpersonal scales. Mr. Maddox's profile revealed significant elevations across a number of different scales. His responses on some testing items support the finding that he is delusional. For example, he endorsed as "very true" the following item: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Formal mental status examination:**

Mr. Maddox is a 26-year-old male who was alert and cooperative with the evaluation. He was dressed in a prison uniform. He exhibited no psychomotor agitation or retardation. He displayed no abnormal involuntary movements. His speech was generally normal in rate, volume, and tone. His speech was pressured at times (which can be a sign of mania or psychosis). He was oriented to person, place, and generally to time. His mood was "okay," and his affect was expansive in range (which can be a sign of mania or psychosis). His associations were loose and tangential at times (which is a sign of psychosis). There was no behavioral evidence of current hallucinations. There was significant evidence of delusions as described above. He denied having any suicidal or homicidal thoughts.

Mr. Maddox's vocabulary and interaction during the interview suggest that his current verbal functioning is in the above average intellectual range.

**Multi-axial Diagnosis Explanation:**

The American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition* (DSM-5), was published in May 2013 and no longer utilizes a multi-axial system.

**Diagnostic impressions:**

    Schizoaffective Disorder, Bipolar Type

**Opinion regarding competency to testify:**

At the time of the evaluation, Mr. Maddox was overtly psychotic. That is, he had noted delusions. These delusions would likely interfere with his ability to observe, communicate, and tell the truth. The psychological testing supported the concept that Mr. Maddox is currently

Re: Cameron Maddox

psychotic.

By definition, a delusion is a fixed, false belief that is maintained despite evidence to the contrary. A delusional individual believes with firm conviction the false belief. Stating delusional beliefs differs from lying or confabulation in that the delusional individual is stating *their* truth. Unfortunately, everyone else knows the delusion is an idiosyncratic false belief.

In my opinion, Mr. Maddox is **not** competent to testify.

Mr. Maddox would not be able to provide accurate testimony in his current psychotic state. Historically, Mr. Maddox has been on higher doses of anti-psychotic medications. Specifically, he has taken over twice his current dose of Haldol Decanoate in combination with another anti-psychotic medication (e.g., Seroquel) and a mood-stabilizing medication (e.g., Depakote).

According to the medical records reviewed from the Georgia Department of Corrections, Mr. Maddox's psychosis has been better controlled on a higher dosage of medications than he is currently taking. Although it would be difficult to determine with specificity the length of time a higher dosage regimen would take to improve his condition, the medications can work within a few weeks to a few months.

As part of the evaluation, I considered whether Mr. Maddox was malingering (i.e., fabricating or exaggerating physical or mental symptoms for secondary gain). In my opinion, there was insufficient evidence of malingering. Mr. Maddox's noted psychosis during the interview with me was consistent with his noted psychosis in the medical records reviewed.

If you have any questions concerning this report, I would be happy to discuss them with you. I am enclosing a copy of my *curriculum vitae,* which lists my qualifications for conducting this evaluation. I can be reached by telephone at (404) 495-5900.

Sincerely,

*[signature]*

Matthew W. Norman, M.D., DFAPA
Board Certified, Psychiatry & Forensic Psychiatry, American Board of Psychiatry & Neurology
Adjunct Associate Professor, Department of Psychiatry, Emory University School of Medicine

encl:   *c.v.*

cc:      file

# Matthew W. Norman, M.D.
## *Curriculum Vitae*

May 24, 2019

**Office:**   3495 Piedmont Road, NE
Building 12, Suite 410
Atlanta, GA 30305

Office: (404) 495-5900
Fax:    (404) 495-5901
E-mail: norman@atlantapsychiatry.com
Web:   www.atlantapsychiatry.com

**Current Practice:**

Psychiatric Associates of Atlanta, LLC:
Private Practice, general and forensic psychiatry, 2002 -
*consulted in over 1300 criminal evaluations*
*consulted in over 350 murder evaluations*
*testified and qualified over 160 times in Federal and State jurisdictions, including capital cases*

Emory University School of Medicine:
Adjunct Associate Professor, 2016 -
Department of Psychiatry and Behavioral Sciences

Georgia Composite Medical Board:
Board Member, 2019 –
*appointed by Governor Brian P. Kemp*

**Type of Practice:**

Academic (volunteer teaching)
Direct patient care (adults)
Consultative
Forensic

**Education:**   B.A., psychology, 1991, University of Virginia
M.D., 1997, Mercer University School of Medicine
Resident in Psychiatry, 1997 – 2001, Emory University
Chief Resident in Psychiatry, 2000 – 2001, Emory University
Fellow in Forensic Psychiatry, 2001 – 2002, Emory University

**Licensure:**   Georgia Medical License No. 46191 (1998)

**Certifications:**

American Board of Psychiatry and Neurology:
Psychiatry (Certificate #51679, 2002, recertified 2012)
Forensic Psychiatry (Certificate #1436, 2003, recertified 2013)

Matthew W. Norman, M.D.

**Previous Psychiatric Experience:**

    Emory University:
        Adjunct Assistant Professor of Psychiatry, 2002 – 2016
        Psychiatrist, Faculty Staff Assistance Program, 2003 - 2008

    Grady Memorial Hospital:
        Psychiatrist, Atlanta City Detention Center, 2003 – 2011
        Physician, Psychiatric Emergency Services, 1998 - 2002

    Georgia Institute of Technology:
        Psychiatrist, Student Health Center, 2002 – 2003

    Georgia Department of Human Resources:
        Physician PRN, Georgia Regional Hospital at Atlanta, 1999 –2002
        Health Service Technician, Georgia Mental Health Institute, 1991
        Health Service Technician, Georgia Mental Health Institute, 1989

    DeKalb Community Service Board:
        Physician, DeKalb Crisis Center, 1999 – 2000

    Psychiatric Institute of Atlanta:
        Mental Health Assistant, 1992 – 1993

    South Carolina Department of Mental Health:
        Mental Health Specialist, Bryan Psychiatric Hospital, 1990

**Teaching Positions:**

    Emory University School of Medicine:
        Adjunct Associate Professor, Department of Psychiatry, 2016 –
        Adjunct Assistant Professor, Department of Psychiatry, 2002-2016
            *Teaching responsibilities for forensic psychiatry fellows, residents, and medical students (including capital litigation assessments, competency to stand trial, criminal responsibility, IMEs, and fitness-for-duty evaluations) and providing psychotherapy supervision for psychiatry residents.*
        Chief Resident, Department of Psychiatry, 2000 - 2001
            *Teaching responsibilities for second year residents and third year medical students at Emory University Hospital*

**Honors and Awards:**

    Psychiatrist of the Year, Georgia Psychiatric Physicians Association, 2015
    *Atlanta Super Doctors*®, 2012 -
    Distinguished Fellow, American Psychiatric Association, 2011
    Excellent Teaching Resident Award, Emory University, 2001
    Excellent Teaching Resident Award, Emory University, 2000
    American Psychiatric Leadership Fellowship, American Psychiatric Association, 1999 ("most prestigious fellowship program in the APA")

Matthew W. Norman, M.D.

**Professional Memberships:**

    American Academy of Psychiatry and the Law, 1998 -
    Georgia Psychiatric Physicians Association, 1997 -
    American Psychiatric Association (Distinguished Fellow), 1994 -
    American Medical Association, 1993 -

**Research Experience:**

    Co-investigator and coordinator, "A comparison of psychiatric emergency transport services through consumer satisfaction interviews." Keith Wood, Ph.D., Principal Investigator, 1999 - 2002

    Co-investigator and coordinator, "A comparison of psychiatric emergency transport services through family satisfaction surveys." Keith Wood, Ph.D., Principal Investigator, 1999 - 2002

**Present and Past Administrative Responsibilities:**

*Georgia Psychiatric Physicians Association (GPPA)*

| | |
|---|---|
| 2019 - | Board Trustee |
| 2018 - | Advocacy & Legislative Committee |
| 2014 - | Awards Committee |
| 2013 - | CME Committee |
| 2015 – 2018 | Board Trustee |
| 2014 – 2015 | Immediate Past President |
| 2014 – 2015 | Chair, Nominating Committee |
| 2013 – 2014 | President |
| 2012 – 2013 | President-Elect |
| 2011 – 2012 | Vice President |
| 2010 – 2011 | Treasurer |
| 2009 – 2010 | Secretary |
| 2009 – 2010 | Chair, Membership Committee |
| 2005 – 2008 | Trustee, Board of Directors |
| 2005 – 2008 | Member, Nominating Committee |
| 2004 – 2005 | Co-chair, Legislative Affairs Committee |
| 2000 – 2001 | MIT Representative, Board of Directors |
| 1999 – 2005 | Legislative Committee |

*Emory University*

| | |
|---|---|
| 2017 – | Member, Adjunct Promotions Committee, Department of Psychiatry |
| 2015 – 2017 | Member, Volunteer Faculty Workgroup, Department of Psychiatry |
| 2004 – 2008 | Physicians' Wellness Sub-Committee, Faculty Staff Assistance Program Advisory Committee |
| 2000 – 2001 | Residency Selection Committee, Department of Psychiatry |
| 2000 – 2001 | Residency Education Committee, Department of Psychiatry |
| 2000 – 2001 | Quality Indicators Committee, Mental Health Service, Emory University Hospital |
| 1999 – 2000 | Member, Graduate Medical Education Advisory Committee |
| 1998 – 2001 | Residency Recruitment Committee, Department of Psychiatry |

*American Psychiatric Association (APA)*

| | |
|---|---|
| 2007 – 2008 | Corresponding Member, Committee on Persons with Mental Illness in the Criminal Justice System |
| 2004 – 2006 | Area V Representative, Committee of Early Career Psychiatrists |
| 2003 – 2006 | ECP Editor, *Psychiatric News* |
| 2001 – 2006 | APA/Glaxo Smith Kline Fellowship Selection and Program Committee |
| 2003 – 2004 | Assembly Profiles of Courage Award Selection Committee |
| 2003 – 2004 | Area V Representative, Reference Committee 4 – Defining/Supporting Professional Values |
| 2002 – 2004 | Area V Deputy Representative, Committee of Early Career Psychiatrists |
| 2002 – 2003 | ECP Representative, Reference Committee 4 – Defining/Supporting Professional Values |
| 1999 – 2001 | Member, Joint Commission on Public Affairs |

*Other Community Involvement*

| | |
|---|---|
| 2010 - 2019 | Co-Chair, Counseling and Enrichment Committee, Trinity Presbyterian Church |
| 2016 - 2018 | Cubmaster, Pack 212, Atlanta Area Council, Boy Scouts of America |
| 2013 - 2018 | Den Leader, Pack 212, Atlanta Area Council, Boy Scouts of America |
| 2011 – 2014 | Psychopharmacology Committee, American Academy of Psychiatry and the Law |
| 2011 – 2014 | Lay leadership (Session Member), Trinity Presbyterian Church |
| 2009 – 2012 | Chair, Professional Advisory Board, Skyland Trail |
| 2005 – 2012 | Member, Professional Advisory Board, Skyland Trail |
| 2010 | Designated Advisor to Vendor Selection Committee, Inmate Physical and Mental Health Services, Fulton County (Ga.) |
| 2005 – 2007 | Forensics Advisory Committee, Georgia Public Defender Standards Council (GPDSC) |
| 2006 | Volunteer Manuscript Reviewer, American Correctional Association |
| 2001 – 2004 | Council of Legislation, Medical Association of Georgia |
| 2000 – 2002 | Law Enforcement Liaison Committee, American Academy of Psychiatry and the Law |

# BIBLIOGRAPHY

**Publications/Abstracts:**

Lipsig, DS, Norman, MW. "So Now What?" *Psychiatric News*. 38/3. February 7, 2003.

Norman, MW and Wood, Keith. "Should the Police Transport the Mentally Ill?" Poster abstract presented at American Academy of Psychiatry and the Law Annual Meeting. Boston, MA. October 2001.

Matthew W. Norman, M.D.

Norman MW.  *Colonel Burton's Spiller & Burr Revolver: An Untimely Venture in Confederate Small Arms Manufacturing*.  Macon, Georgia: Mercer University Press, 1996.

Norman MW.  "James H. Burton and the Confederate States armory at Macon*."  Georgia Historical Quarterly*.  81/4.  Winter 1997.

Norman MW.  "Spiller & Burr: One Confederate manufacturing firm's struggle for survival during the War Between the States."  *Man at Arms*.  17/1.  Jan/Feb 1995.

Weisner RA, Norman MW.  "Deep River bayonet operations of Heck, Brodie & Company during the Civil War."  *The Chatham Historical Journal*.  6/3.  November 1993.


**Presentations / Lectures:**
   **(over 100 presentations / invited lectures, including CME and CLE)**

"The Right Stuff: Distinguishing the Insanity Defense if Compelled."  Speaker.  1 Hour CME, Winter Meeting, Georgia Psychiatric Physicians Association.  Atlanta, Georgia.  February 2019.

"Criminal Responsibility." Mental Health Issues in the Criminal Justice System, 622D, Emory University School of Law.  Atlanta, GA.  October 2015.  September 2016.  September 2017.  February 2019.

"Criminal Responsibility:  Mental Health Issues in Criminal Law."  Jan Term, The Westminster Schools.  Atlanta, Georgia.  January 2018.  January 2019.

"Physician Impairment."  Graduate Medical Education orientation, Emory University.  A presentation to all incoming resident physicians. Atlanta, GA.  July 2003.  July 2004.  July 2005.  July 2006.  July 2007.  July 2008.  July 2009.  July 2010. June 2012.  June 2013.  June 2014. June 2015. June 2016. June 2017.  June 2018.  (Presented to over 3000 physicians).

"Dealing with Mental Health Issues."  Victim Witness Assistance Program Conference, Prosecuting Attorney's Council of Georgia.  Athens, Georgia.  April 2018.

"Grit: And What to Do If You Don't See It." Adult Education Seminar, Trinity Presbyterian Church.  Atlanta, Georgia.  January 2018.

"Competency and Insanity." 3 hours CLE, Summer Meeting, Prosecuting Attorney's Council of Georgia.  Jekyll Island, Georgia.  July 2017. [co-led with Sheila Ross and Simone Hylton].

"Competency and Insanity."  2 hours CLE, Winter Meeting, Prosecuting Attorney's Council of Georgia.  Athens, GA. January 2017. [co-led with Sheila Ross and Simone Hylton]

"Introduction to Mental Disorders."  Georgia Crisis Intervention Team training (POST certified).  Decatur Police Department.  Decatur, GA.  August 2016.

"Mood Disorders."  Georgia Crisis Intervention Team training (POST certified).  Decatur Police Department.  Decatur, GA.  August 2016.

5

Matthew W. Norman, M.D.

"Schizophrenia."  Georgia Crisis Intervention Team training (POST certified).  Decatur Police Department.  Decatur, GA.  August 2016.

"Schizophrenia and Related Disorders."  Physician Assistant's Program, Mercer University.  Atlanta, GA.  July 2011.  July 2012.  June 2013.  June 2014.  June 2015.  May 2016.

"Somatoform Disorders, Factitious Disorders & Malingering."  Physician Assistant's Program, Mercer University.  Atlanta, GA.  July 2009.  July 2010.  July 2011.  July 2012.  June 2013.  June 2014.  June 2015.  May 2016.

"Practical Issues in Mental Health Evaluations." 1 Hour CLE, Office of the Mental Health Advocate, Georgia Public Defender Standards Council.  Atlanta, Georgia.  March 2015.

"Stretching: Innovative Strategies to Incorporate Mental Health Evidence."  1 Hour CLE, Georgia Association of Criminal Defense Lawyers' Fall Seminar.  Young Harris, Georgia.  November 2014.

"Practicing Psychiatry: A Moral Adventure."  Moderator of Panel Discussion.  1.25 Hour CME, Georgia Psychiatric Physicians Association Winter Meeting.  Atlanta, Georgia.  February 2014.

"Intimate Relationships."  11th and 12th grade Boys, The Westminster Schools.  Atlanta, Georgia.  October 2013.

"Violence and the Mentally Ill."  Adult Education Seminar, Trinity Presbyterian Church.  Atlanta, Georgia.  September 2013.

"Decision-Making, Valid Consent, and Guardianship."  Panelist.  1.25 Hour CME, Georgia Medical Directors Association Summer Meeting.  Amelia Island, Florida.  July 2013.

"DSM-5:  A Historical Perspective / What Changes Will You Face."  1.25 Hour CLE, Prosecuting Attorneys' Council of Georgia.  Jekyll Island, Georgia.  July 2013.

"Some Lessons to Learn from Sandy Hook Elementary."  Men's Breakfast, Trinity Presbyterian Church.  Atlanta, Georgia.  December 2012.

"The New Knowledge Base for Mental Health Clinicians: What's new and important to know from emerging research - and how to use it to improve your practice."  NASW-Ga, Mercer University.  Atlanta, GA.  August 2012.

"Mental Retardation: Capital Litigation Perspective."  1.25 Hour CLE, Prosecuting Attorneys' Council of Georgia.  Jekyll Island, Georgia.  July 2011.

"Mental Health in Capital Litigation: Separate the Wheat from the Chaff."  1.25 Hour CLE, Prosecuting Attorneys' Council of Georgia.  Pine Mountain, Georgia.  January 2011.

"History of Psychiatry and Overview of Mental Health."  Adult Education Seminar, Trinity Presbyterian Church, Atlanta, GA.  January 2011.

Matthew W. Norman, M.D.

"Private Psychiatric Practice."  PGY-IV lecture, Department of Psychiatry, Emory University.  Atlanta, GA.  August 2010.

"Mental Health in Capital Litigation: Separate the Wheat from the Chaff."  1.25 Hour CLE, Prosecuting Attorneys' Council of Georgia.  Jekyll Island, Georgia.  July 2010.

"Correctional Psychiatry." Psychiatry intern orientation, Department of Psychiatry, Emory University.  Atlanta, GA.  July 2003.  January 2004.  July 2004.  July 2005.  July 2006.  January 2007.  July 2007.  January 2008.  July 2008.  July 2009.  January 2010.  July 2010.

"Forensic Psychiatry and the Interface with Advance Practice Nurses."  Dinner Program, Moving Ahead with Advance Practice Psychiatric Nurses in Georgia (MAAPPNG).  April 2010.

"Forensic Issues in Psychotherapy."  Outpatient Psychotherapy Training Program, Department of Psychiatry, Emory University.  March 2010.

"The Max in All of Us:  An Analysis of *Where the Wild Things Are*."  Back-to-School night.  The Westminster Schools.  Atlanta, GA.  February 2010.

"Adolescent Health Risk Behavior."  10th Grade Boys, The Westminster Schools.  Atlanta, GA.  November 2009.

"Mental Health Screening at Intake."  In-service, Medical Services, Department of Corrections, City of Atlanta.  Atlanta, GA.  October 2009.

"Update on Psychopharmacology."  In-service, Mental Health and Medical Services, Department of Corrections, City of Atlanta.  Atlanta, GA.  March 2009.

"Does *Catcher in the Rye* cause criminal insanity?"  Back-to-School night, The Westminster Schools.  Atlanta, GA.  February 2009.

"Co-ordination of Care Services."  In-service, Mental Health Services, Department of Corrections, City of Atlanta.  Atlanta, GA.  September 2008.

"Physician Wellness and Impairment."  Emory University / Emory Healthcare Faculty/Physician Orientation.  October 2007.

"Mental Health 101: Substance Abuse."  Special Management Training, Department of Corrections, City of Atlanta.  Atlanta, GA.  July 2007.

"Mental Health and Corrections:  The Mentally Ill Offender."  Special Management Training, Department of Corrections, City of Atlanta.  Atlanta, GA.  July 2007.

"Jail Mental Health: An Update on Psychopharmacology."  Special Management Training, Department of Corrections, City of Atlanta.  Atlanta, GA.  July 2007.

"The Balancing Act: Managing Life as a Faculty Physician."  Junior Faculty Development Program, School of Medicine, Emory University.  Atlanta, GA.  April 2007.

"Duty to Warn and Duty to Protect: Clinician Concerns."  Faculty Staff Assistance Program, Emory University/Emory Healthcare.  Atlanta, GA.  March 2007.

"Physician Wellness and Impairment."  Emory University / Emory Healthcare Faculty/Physician Orientation.  October 2006.

"Follow the Yellow Brick Road to a Successful Private Practice: Does Oz Really Exist or Is He Just a Man Behind a Curtain."  Department of Psychiatry, Emory University.  4th year resident didactic series.  Atlanta, GA.  September 2006.

"Practical and Clinical Application of the DSM."  Faculty Staff Assistance Program, Emory University/Emory Healthcare.  Atlanta, GA.  March 2006.

"Career Opportunities after Training."  Department of Psychiatry and Behavioral Sciences, Emory University.  Atlanta, GA.  August 2005.

"Addictive Diseases."  Georgia Crisis Intervention Team training (POST certified).  Atlanta Police Academy.  Atlanta, GA.  May 2005.

"Co-occurring disorders: Dual diagnosis."  Georgia Crisis Intervention Team training (POST certified).  Atlanta Police Academy.  Atlanta, GA.  May 2005.

"Early Career Psychiatrists as Leaders: Private Practice." American Psychiatric Association 2005 Annual Meeting.  Atlanta, GA.  May 2005.

"Lobbying for Psychiatry: A Prescription for Members-in-Training and Early Career Psychiatrists."  Chair, American Psychiatric Association Institute of Psychiatric Services 2004 Annual Meeting.  Atlanta, GA.  October 2004.

"Physician Wellness and Health Promotion."  Department of Emergency Medicine, Emory University.  Atlanta, GA.  September 2004.

"Careers in Forensic Psychiatry."  Department of Psychiatry and Behavioral Sciences, Emory University.  Atlanta, GA.  September 2004.

"Psychiatry in Primary Care." Panelist, Grand Rounds, Department of Internal Medicine, Piedmont Hospital.  Atlanta, GA.  August 2004.

"Forensic Issues in Psychotherapy, Part II."  Department of Psychiatry, Emory University.  4th year resident didactic series.  Atlanta, GA.  July 2004.

"Jail Mental Health:  An Update on Psychopharmacology."  Jail Mental Health Service, Atlanta City Detention Center.  Atlanta, GA. May 2004.

"Doctor, How Are You Today?  Managing Stress and Keeping Physicians Healthy."  Department of Primary Care, Emory Healthcare.  Atlanta, GA. April 2004.

"Follow the Yellow Brick Road to a Successful Private Practice: Does Oz Really Exist or Is He Just a Man Behind a Curtain."  Department of Psychiatry, Emory University.  4th year resident didactic series.  Atlanta, GA.  December 2003.

"No Harm Contracts as Part of a Suicide Risk Assessment."  Faculty Staff Assistance Program, Emory University/Emory Healthcare.  Atlanta, GA.  December 2003.

Matthew W. Norman, M.D.

"Mental Health and Corrections: The Mentally Ill Offender."  Department of Corrections, City of Atlanta Municipal Court.  Atlanta, GA.  October 2003

"Mental Health."  Presented to the Municipal Judges, City of Atlanta Municipal Court.  Atlanta, GA.  October 2003.

"Practice Settings for Early Career Psychiatrists: A Primer."  American Psychiatric Association 2003 Annual Meeting.  San Francisco, CA.  May 2003.

"Determining Various Risks of Psychiatric Issues by Physicians."  Medical Staff CME, Beebe Medical Center.  Rehoboth Beach, Delaware.  January 2003.

"Decisional Capacity and Managing the Agitated Patient."  Department of Internal Medicine, Atlanta Medical Center. Atlanta, GA.  November 2002.

"Perks & Pitfalls of Private Practice."  Department of Psychiatry, Emory University.  4th year resident didactic series.  Atlanta, GA.  October 2002.

"Depression and Anxiety."  Grand Rounds, Department of Internal Medicine.  Piedmont Hospital.  Atlanta, GA.  October 2002.

"PSYC 101: An overview of mental health and mental illness."  Psychology 101 for Lawyers & Others Involved in the Criminal Justice System.  Georgia Indigent Defense Council.  Atlanta, GA.  May 2002.

"Mental Health 101: An overview of the major illnesses affecting brain and behavior."  Legal Services for People with Mental Disabilities and Their Families.  Georgia State University College of Law.  Atlanta, GA.  March 2002.

"Criminal Forensics: Competency, Responsibility, and Law Enforcement."  Department of Psychiatry, Emory University.  3rd year resident didactic series.  Atlanta, GA.  February 2002.

"PSYC3140: Mental Health."  Department of Psychology, Georgia State University.  PSYC 3140 (Abnormal Psychology).  Atlanta, GA.  January 2002.

"Criminal Forensics: Competency, Responsibility, and Law Enforcement."  Department of Psychiatry, Emory University.  4th year resident didactic series.  Atlanta, GA.  September 2001.

"Psychiatric Disorders: Acute Care/Med-Surg Nursing."  Department of Nursing, Emory University.  NRSG 635/637 (graduate nursing class).  Atlanta, GA.  May 2001.

"Jail Diversion and New Medications."  NAMI Northside.  Atlanta, GA.  May 2001.

"PE 101: Mental Health."  Department of Physical Education, Emory University.  Atlanta, GA.  PE101 (a required course for all undergraduates).  Fall 2000 to Fall 2002.

"PE 101: Substance Abuse."  Department of Physical Education, Emory University.  Atlanta, GA. PE101 (a required course for all undergraduates).  Fall 2000 to Fall 2002.

Matthew W. Norman, M.D.

"Legal Aspects of Clinical Treatment in Mental Health."  Annual October Mental Health Awareness Lecture Series, Mental Health Services, Emory University Hospital.  Atlanta, GA.  October 2000.

**Media Interviews/Podcasts:**

"Insanity, Competency to Stand Trial/Mental Health Issues Part 2," podcast episode, Law Talk With BJ, June 2018 (https://lawtalkwithbj.com)

"Mental Health and the Law: Break Down the Stigma," podcast episode, Law Talk With BJ, May 2018 (https://lawtalkwithbj.com)

*In Session* (truTV) live television interview: "Women that kill" – Commentary on Female murderers, December 9, 2009.

*Kennedy & Suits* (KFI 640AM, LA) live radio interview: Stockholm Syndrome - Commentary on Garrido/Dugard case, August 28, 2009 (http://www.kfi640.com/cc-common/podcast/single_podcast.html?podcast=BryanSuits.xml).

*Crimesider/48 Hours Mystery* (CBS News, NY) requested blog contribution: "Forensic Psych: Does Phillip Garrido Really Believe His Kids Cured Him of Pedophilia" August 28, 2009 (http://www.cbsnews.com/blogs/2009/08/28/crimesider/entry5271608.shtml).

*11 Alive News* (WXIA-TV, Atlanta) television interview: "Police Confirm 'Suicide by Cop' in Shooting" – Commentary on Suicide by Cop, July 22, 2009.

*Channel 2 Action News* (WSB-TV, Atlanta) television interview: Law enforcement's interactions with the mentally ill - Commentary on DeKalb Police shooting, May 17, 2007.

*Channel 2 Action News* (WSB-TV, Atlanta) television interview: When to get a forensic evaluation - Commentary on JonBenet Ramsey case, August 21, 2006.

*AM Atlanta* (WGST) radio interview: Effects of natural disasters (Hurricane Katrina) and treatment options, September 19, 2005.

*AM Atlanta* (WGST) radio interview: Are half of Americans mentally ill, August 15, 2005.

*AM Atlanta* (WGST) radio interview: The effects of Tom Cruise's comments on psychiatry, June 29, 2005.