# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| EUGENE GRIGGS, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:17-CV-89-JRH-BKE |
| VERNEAL EVANS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

Defendants hereby move this Court to enter an order enforcing a settlement agreement reached between Plaintiff Eugene Griggs and Defendants which resolves all claims asserted by Griggs. Defendants submit herewith a brief in support of this motion.

Respectfully submitted, this the 21st day of January, 2020.

|  |  |
|---|---|
| CHRISTOPHER M. CARR | 112505 |
| Attorney General | |
| | |
| KATHLEEN M. PACIOUS | 558555 |
| Deputy Attorney General | |
| | |
| ROGER A. CHALMERS | 118720 |
| Senior Assistant Attorney General | |
| | |
| /s/ J. Kyle Brooks | |
| J. KYLE BROOKS | 773561 |
| Assistant Attorney General | |

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

J. Kyle Brooks
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Telephone: (404) 463-8850
Facsimile: (404) 651-5304
Email: kbrooks@law.ga.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, I electronically filed the foregoing **Motion to Enforce Settlement Agreement** and all attachments thereto with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record, including:

>Sarah Geraghty
>Ryan Primerano
>Southern Center for Human Rights
>60 Walton Street, N.W.
>Atlanta, Georgia 30303

This 21st day of January, 2020.

/s/ J. Kyle Brooks
J. KYLE BROOKS            773561
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Telephone: (404)463-8850
Facsimile:  (404)651-5304
Email: kbrooks@law.ga.gov