# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| EUGENE GRIGGS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) NO. 1:17-CV-89-JRH-BKE |
| STAN SHEPARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION
## TO ENFORCE SETTLEMENT AGREEMENT

Plaintiffs respectfully file this response to Defendants' motion to enforce the settlement agreement.  (Doc. 138.)

1.  Plaintiffs' counsel agree with the statement in Defendants' motion concerning the factual and procedural background of the settlement of Plaintiff Eugene Griggs's claims.  (Doc. 138-1 at 1-3.)

2.  Plaintiffs' counsel believe that Mr. Griggs has diminished capacity, is at risk of substantial harm, and cannot adequately act in his own interest.  *See* Ga. R. Prof. C. 1.14(b).

3.  On February 26, 2020, psychologist Allison Paganelli, Psy.D, evaluated Mr. Griggs in Milledgeville, Georgia.  Based on her interview with Mr. Griggs and review of his psychiatric records, Dr. Paganelli concluded that Mr. Griggs needs the assistance of a guardian ad litem or next friend to continue with this legal matter.

4.  Mr. Griggs is indigent.  Plaintiffs' counsel found an attorney willing to serve pro bono as next friend for Mr. Griggs.  They intend to file a motion for appointment of a next friend by Friday, March 6, 2020.

 

                                        Respectfully submitted,

                                        /s/ Ryan Primerano
                                        Sarah Geraghty
                                        Ga. Bar No. 291393
                                        Ryan Primerano
                                        Ga. Bar No. 404962
                                        SOUTHERN CENTER
                                        FOR HUMAN RIGHTS
                                        60 Walton Street, N.W.
                                        Atlanta, Georgia 30303
                                        (404) 688-1202
                                        (404) 688-9440 (fax)
                                        rprimerano@schr.org

                                        *Counsel for Plaintiffs*

March 3, 2020

## CERTIFICATE OF SERVICE

I certify that on March 3, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel of record.

/s/ Ryan Primerano

*Counsel for Plaintiffs*