IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

EUGENE GRIGGS; CAMERON MADDOX;      *
JAMES D. BLITCH, IV as Next         *
Friend for Eugene Griggs; and       *
MARTHA THOMPSON as Next Friend      *
for Cameron Maddox,                 *
                                    *
        Plaintiffs,                 *
                                    *
            v.                      *            CV 117-089
                                    *
VERNEAL EVANS, Former               *
Correctional Officer; JANSON        *
CREAGER, Correctional               *
Officer; and TREI BLUITT,           *
Correctional Officer;               *
                                    *
        Defendants.                 *

_____

O R D E R

_____

Before the Court is Plaintiff Eugene Griggs' and Defendant Verneal Evans' stipulation of dismissal with prejudice. (Doc. 161.) Because all parties who have appeared signed the stipulation, dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff Eugene Griggs' claims are **DISMISSED WITH PREJUDCIE. IT IS FURTHER ORDERED** that Defendants' motion to enforce settlement agreement (Doc. 138) is **DENIED AS MOOT.** The Clerk is directed to terminate Eugene Griggs, James D. Blitch, IV, and Verneal Evans as parties to the case. Each dismissed party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this _17th_ day of December, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA