IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| CAMERON MADDOX and MARTHA THOMPSON, as next friend for Cameron Maddox,<br><br>Plaintiffs,<br><br>v.<br><br>JANSON CREAGER and TREI BLUITT,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*   CV 117-089<br>*<br>*<br>*<br>*<br>* |

## ORDER

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 172.) Both Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of January, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA